PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricardo Acosta                                     Cr.: 99-0152

Name of Sentencing Judicial Officer: Dennis Cavanaugh

Date of Original Sentence: 10/28/03

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 3 years probation, six months home confinement, financial disclosure, cooperate with Immigration and Customs Enforcement, and no new credit

Type of Supervision: Probation                          Date Supervision Commenced: 10/28/03

Assistant U.S. Attorney: Brian R. Howe                  Defense Attorney: Elise Dinardo, Esq.

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states ' **You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**' |
| | Acosta has failed to provide proof of lawful employment. Pay stubs have not been submitted to the Probation Office since September of 2004 despite the request for them. |
| 2 | The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $98,499.58 to 15,549.61; it shall be paid in the following manner: 50 per month.**' |
| | Mr. Acosta has failed to make a restitution payment since November 3, 2005. To date, he has paid $15,449.61 of the $98,499.58 restitution ordered. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Karen L. Merrigan
U.S. Probation Officer
Date: 06/01/06

PROB 12C - Page 2
Ricardo Acosta

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: June 26, 2006 at 9:30AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/12/06
_____
Date